**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Luis Manuel Caba Francisco

       Petitioner,

    V.

                        CIVIL ACTION NO. 1:26-12043-LTS

Markwayne Mullin et al.,

       Respondents.

## ORDER OF DISMISSAL

Sorokin, D. J.

    In accordance with the Court's ELECTRONIC ORDER, Dkt. No. 13, dated May 28, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                        By the Court,

5/28/2026                       /s/ Flaviana de Oliveira
Date                           Deputy Clerk